UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

_____

| | | |
|---|---|---|
| KWAMANE MONTE EVERETT, | ) | C/A No.: 4:18-1248-MGL-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| B.M. ANTONELLI, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, Kwamane Monte Everett, (hereinafter "Petitioner") appearing *pro se*, filed his

petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on May 7, 2018. Respondent filed

a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b) (6) on July 3, 2018, along with a supporting

memorandum, affidavit, and exhibits. Petitioner filed a response to the Motion to Dismiss on August

2, 2018.

As Respondent has submitted evidence outside of the pleadings, the Motion to Dismiss is

being converted to a Motion for Summary Judgment. The Petitioner has fifteen (15) days to make

any additional submissions in accordance with Rule 56 of the Federal Rules of Civil Procedure.

AND IT IS SO ORDERED.


s/Thomas E. Rogers, III
August 22, 2018                        Thomas E. Rogers, III
Florence, South Carolina               United States Magistrate Judge